# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **AC PRINCE,** *et al.* | : | CIVIL ACTION |
| *Plaintiffs* | : | |
| | : | NO. 16-6179 |
| **v.** | : | |
| | : | |
| **JAMES MALAUGH,** *et al.* | : | |
| *Defendants* | : | |

## ORDER

**AND NOW**, this 11th day of January 2019, upon consideration of the *motion for summary judgment* filed by Defendants James Malaugh and Elizabeth Malaugh ("Defendants"), [ECF 27], the opposition thereto filed by Plaintiffs AC Prince and P. Michelle Prince ("Plaintiffs"), [ECF 30, 35], Defendants' supplemental brief, [ECF 37], and Plaintiffs' sur-reply, [ECF 41], it is hereby **ORDERED** that, for the reasons set forth in the accompanying Memorandum Opinion, Defendants' motion for summary judgment is **GRANTED**, and **JUDGMENT** is entered in favor of Defendants and against Plaintiffs on all of Plaintiffs' claims.

**BY THE COURT:**

*/s/ Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*